**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 95 MM 2018

Respondent :

v. :

EDWARD A. DANIELS, :

Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of August, 2018, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.

     Justice Wecht did not participate in the consideration or decision of this matter.